IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SYLINA STANTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-570-CG-C |
| | ) |
| **NPC INTERNATIONAL CORP.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on a letter notice of settlement from the mediator in this cause, and oral representation made by plaintiff's counsel that the parties have reached a settlement of this action. Accordingly, pursuant to FED.R.CIV.P. 41(a)(1)(ii), it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs. Any party may move for reinstatement within the next 30 days should settlement not be consummated.

**DONE and ORDERED** this 19th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE